**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No. **CV 26-7022-JFW(ASx)** Date: September 8, 2026

Title: Juan M. Vaca *-v-* Fastenal Company, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Julieta Lozano** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):** **ORDER DENYING WITHOUT PREJUDICE DEFENDANT FASTENAL COMPANY'S MOTION TO STAY BASED ON THE FIRST-TO-FILE RULE [filed 7/29/2026; Docket No. 25];**

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1447 [filed 7/30/2026; Docket No. 28]**

Defendant Fastenal Company's Motion to Stay Based on the First-to-File Rule filed on July 29, 2026 (Docket No. 25) and Plaintiff's Motion to Remand Pursuant to 28 U.S.C. § 1447 filed on July 30, 2026 (Docket No. 28) are **DENIED without prejudice** to re-filing due to multiple violations of the Court's Standing Order. For example, the parties both failed to lodge the Proposed Statements of Decision as required by § 5(f) of the Court's Standing Order. The Court expressly warned that "[f]ailure to lodge the Proposed Statement of Decision will result in the denial or granting of the motion." Standing Order (Docket No. 5(f) § 5(f). In addition, the parties failed to conduct the 7-3 conference in person as required by § 5(b) of the Court's Standing Order. *See* Standing Order § 5(b) (requiring that all 7-3 conference be conducted in person unless counsel are not both located within the Central District of California); Joint Local Rule 7-3 Pre-Filing Conference Statement (Docket No. 20) (stating that the conference was conducted by Microsoft Teams). Counsel shall carefully review the Local Rules and all orders of the Court before re-filing the motions.

IT IS SO ORDERED.



Initials of Deputy Clerk jloz